WILLIAM R. TAMAYO (CA Bar No. 084965)
JONATHAN T. PECK (VA Bar No. 12303)
CINDY O'HARA (CA Bar No. 114555)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5653
Facsimile No. (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. |
| | **COMPLAINT** |
| Plaintiff, | Civil Rights - Employment Discrimination |
| v. | |
| | JURY TRIAL DEMAND |
| MEADOWVIEW COMMUNITY ACTION, INC., | |
| Defendant. | |

## NATURE OF THE ACTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Lacey Wesley and Laney Wesley, who were adversely affected by such practices. Defendant Meadowview Community Action subjected Lacey Wesley and Laney Wesley to unlawful disparate treatment based on their sex.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to §706(f)(1) and

(3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and (3) ("Title VII") and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Eastern District of California, Sacramento division.

## INTRADISTRICT ASSIGNMENT

3. This action is appropriate for assignment to Sacramento because Defendant's principal place of business is in Sacramento County.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, §2000-e(f)(1) and (3).

5. Defendant Meadowview Community Action is a California corporation, doing business in the State of California, in the County of Sacramento, and has continuously had at least 15 employees.

6. At all relevant times, Defendant Meadowview Community Action, (hereinafter "Defendant") has continuously been an employer engaged in an industry affecting commerce, within the meaning of §701(b), (g) and (h) of Title VII, 42 U.S.C. §2000-e(b), (g) and (h).

## STATEMENT OF CLAIM

**On Behalf of the Charging Party**
**Violation of Title VII of Civil Rights Act Based on Sex Discrimination**

7. More than thirty days prior to the institution of this lawsuit, Lacey Wesley and Laney Wesley (hereinafter "Charging Parties") filed charges with Plaintiff Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least August 10, 2004, Defendant engaged in the unlawful practice of sex discrimination in violation of §703(a) of Title VII, 42 U.S.C. §2000e-2(a)(1) by discriminating against the Charging Parties on the basis of their gender, in that Defendant terminated Charging Parties' employment because they were women to replace them with men.

9. The effect of the actions complained of in paragraph 8 above has been to deprive the Charging Parties of equal employment opportunities and otherwise adversely affect their status as employees because of their sex.

10. The unlawful employment practices complained of in paragraph 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of the Charging Parties.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons acting in concert or participation with them, from engaging in sex discrimination against its employees.

B. Order Defendant to institute and carry out policies, practices, and programs which prohibit disparate treatment based on sex, and which eradicate the effects of its unlawful employment practices.

C. Order Defendant to make Charging Parties whole, by providing appropriate back pay and benefits with prejudgment interest, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement and/or front pay and other appropriate relief to be determined at trial.

D. Order Defendant to make Charging Parties whole by providing compensation for past and future pecuniary losses resulting from the unlawful

1  employment practices complained of above, including but not limited to out-of-pocket
2  expenses necessitated by Defendant's unlawful conduct, in amounts to be determined at
3  trial.

4      E.    Order Defendant to make Charging Parties whole by providing
5  compensation for past and future nonpecuniary losses resulting from the unlawful
6  practices complained of above including, but not limited to emotional pain and
7  suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be
8  determined at trial.

9      F.    Order Defendant to pay Charging Parties punitive damages for the
10 malicious and reckless conduct described above, in amounts to be determined at trial.

11     G.    Grant such further relief as the Court may deem just and proper in the
12 public interest.

13     H.    Award the Commission its costs of this action.

## DEMAND FOR JURY TRIAL

Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a jury trial.

JAMES L. LEE
Deputy General Counsel
GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of the General Counsel
Washington, DC 20507

Dated: 7/11/06

WILLIAM R. TAMAYO
Regional Attorney

Dated: 7/11/06

JONATHAN T. PECK
Supervisory Trial Attorney

Dated: July 11, 2006

CINDY O'HARA
Senior Trial Attorney

Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105