IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEADOWVIEW COMMUNITY ACTION, INC.,<br><br>Defendant. | 2:06-cv-1562-GEB-GGH<br><br>ORDER |

At the status conference held in this action on September 25, 2006, Plaintiff appeared but Defendant Meadowview Community Action, Inc. failed to appear through counsel. Malachi L. Smith came to the status hearing but since he is not an attorney he was unable to appear for Defendant. See L.R. 83-183(a) (stating that "[a] corporation . . . may appear only by an attorney"); see also United States v. Unimex, Inc., 991 F.2d 546, 549 (9th Cir. 1993) ("Counsel is essential for a corporation . . . because it cannot appear pro se."). Plaintiff was asked how it planned on prosecuting the action, and in response indicated through default procedures.

Therefore, a further status conference is scheduled for December 4, 2006, at 9:00 a.m. Plaintiff shall file a further status

/////

1

1  report no later than November 20, 2006, in which it shall explain only
2  the status of the default matter.
3           IT IS SO ORDERED.
4  Dated:  September 25, 2006
5
6                                   /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge