UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>MEADOWVIEW COMMUNITY ACTION, INC.,<br><br>            Defendant. | 2:06-cv-1562-GEB-GGH<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        The Status (Pretrial Scheduling) Conference scheduled in this action for December 4, 2006, is rescheduled to commence at 9:00 a.m. on March 12, 2007, since Plaintiff states in its Status Report filed November 20, 2006, that it has "filed with the Clerk of the Court a Request to Enter Default" and that "[u]pon entry of the Default, . . . [Plaintiff] would expect to make an Application for Default Judgment by [the] Court, or attempt to negotiate a settlement with Defendant." (Pl.'s Status Report at 1-2.) Plaintiff shall file

/////

/////

1

```
 1  a further status report no later than February 26, 2007, in which it
 2  explains only the status of the default matter.
 3          IT IS SO ORDERED.
 4  Dated:  November 28, 2006
```

_____
GARLAND E. BURRELL, JR.
United States District Judge