IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>    v.<br><br>MEADOWVIEW COMMUNITY ACTION, INC.,<br><br>                Defendant. | 2:06-cv-1562-GEB-GGH<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        The Status (Pretrial Scheduling) Conference scheduled in this action for March 12, 2007, is rescheduled to commence at 9:00 a.m. on June 18, 2007, since Plaintiff states in its Status Report filed February 23, 2007, that the Clerk of the Court has "entered the Clerks Certificate of Entry of Default against Defendant Meadowview Community Action, Inc." and Plaintiff "is in the process of preparing its application for judgment by default [and] anticipates that it will [do so] no later than March 30, 2007."  Plaintiff shall

1  file a further status report no later than June 4, 2007, in which it
2  explains only the status of the default matter.
3        IT IS SO ORDERED.
4  Dated: March 7, 2007
5
6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge

2