IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
EQUAL EMPLOYMENT OPPORTUNITY      )
COMMISSION,                       )
                                  )     2:06-cv-1562-GEB-GGH
                                  )
            Plaintiff,            )
                                  )     ORDER CONTINUING STATUS
     v.                           )     (PRETRIAL SCHEDULING)
                                  )     CONFERENCE
MEADOWVIEW COMMUNITY ACTION,      )
INC.,                             )
                                  )
            Defendant.            )
_____)
```

   The Status (Pretrial Scheduling) Conference scheduled in this action for June 18, 2007, is rescheduled to commence at 9:00 a.m. on September 17, 2007, since Plaintiff states in its Status Report filed June 4, 2007, that it "is in the process of preparing its application for judgment by default." If Plaintiff fails to file a motion for default judgment within thirty (30) days from the date this order is filed, this action may be dismissed for failure to prosecute. Plaintiff shall file a further status report no later than fourteen

1

1  days prior to the status conference, in which it explains only the
2  status of the default matter.
3          IT IS SO ORDERED.
4  Dated:  June 5, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge