JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:     (415) 625-5622
Facsimile:     (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>        Plaintiff,<br><br>v.<br><br>**MEADOWVIEW COMMUNITY ACTION, INC.,**<br><br>        Defendant. | Civil Action No.  2:06-CV-01562-GEB/GGH<br><br>REQUEST FOR CONTINUANCE; DECLARATION OF CINDY O'HARA; ORDER |

## REQUEST FOR CONTINUANCE

Plaintiff Equal Employment Opportunity Commission (EEOC), by and through its counsel of record, hereby requests that the hearing on Plaintiff EEOC's Motion for Default Judgment, currently set for Thursday, August 16, 2007, at 10:00 a.m., the Honorable Gregory G. Hollows, be continued to Thursday, October 11, 2007, at 10:00 a.m.  This continuance is requested because the Motion for Default Judgment, which was served by mail on Defendant Meadowview Community Action, Inc.'s agent has just been returned to Plaintiff EEOC undelivered, and Plaintiff EEOC will now attempt personal service.  This request is supported by the Declaration of Cindy O'Hara, attached hereto.

Dated: August 9, 2007                             /S/ Cindy O'Hara
                                                  Attorneys for Plaintiff EEOC

REQUEST FOR CONTINUANCE; DECLARATION OF CINDY O'HARA; ORDER                    Page 1

**DECLARATION OF CINDY O'HARA**

I, Cindy O'Hara, declare:

1. I am an attorney at law licensed to practice in the State of California, a senior trial attorney with Plaintiff EEOC, and an attorney of record for Plaintiff EEOC in this matter.

2. On July 3, 2007, I caused to be served by mail, with the assistance of EEOC Legal Technician Robert Taine, the Notice of Motion and Motion for Default Judgment, with supporting memorandum of points and authorities and declarations (hereinafter collectively referred to as "Default Motion Documents"), on Anqunett Fazil, who is identified on the California Secretary of State's website as the agent for service of process for Defendant Meadowview Community Action, Inc. ("Meadowview"), at 2251 Florin Road, Suite 156, Sacramento, Ca 95822, the address given on the Secretary of State's website. I previously had Mr. Taine serve the Clerk's Certificate of Entry of Default by mail on Ms. Fazil at the same address without incident.

3. On August 7, 2007, the envelope containing the Default Motion Documents returned by mail to Plaintiff EEOC. Address on the envelope was circled with a line through it, the words "Delivered to wrong address" were handwritten on the envelope, and the words "ATTEMPTED, NOT KNOWN" were stamped on the envelope.

4. If this request for continuance is granted, I will re-notice the hearing for the new date, and will then arrange the Default Motion Documents, along with a new notice reflecting the new hearing date, to be served on Ms. Fazil by personal service through a process server. Plaintiff EEOC is requesting the continuance so that the EEOC and the Court can be assured that Defendant Meadowview has been served with the Default Motion Documents, at least twenty-eight (28) days prior to the hearing on the motion for default (per Local Rule 78-230(b)).

I declare under penalty of perjury that the forgoing is true and correct. Executed this 9th day of August, 2007, at San Francisco, California

                               /S/ Cindy O'Hara

# **ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiff Equal Employment Opportunity Commission's Motion for Default be continued from August 16, 2007, at 10:00 a.m., to October 11, 2007, at 10:00 a.m.

Dated: 8/16/07                    /s/ Gregory G. Hollows
                                  U.S. District Court Magistrate Judge

EEOC.eot