IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) )        Plaintiff,  ) )   v.                           ) )  MEADOWVIEW COMMUNITY ACTION, INC.,                            ) )        Defendant.    ) _____) | 2:06-cv-1562-GEB-GGH  ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Since Plaintiff has failed to timely file a status report as required by the Order filed June 6, 2007, the status (pretrial scheduling) conference currently set for September 17, 2007 is rescheduled to commence at 9:00 a.m. on November 26, 2007.[1] Plaintiff shall file a status report not later than fourteen days prior to the scheduling conference, in which Plaintiff is only required to explain the status of the default issue.

IT IS SO ORDERED.

Dated:  September 6, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Plaintiff is warned that, in the future, such a failure could result in the imposition of sanctions.

1