1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,                          CIV. NO. S-06-1562 GEB GGH

     vs.

MEADOWVIEW COMMUNITY
ACTION, INC.,

       Defendants.                   ORDER
_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on October 11, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The October 11, 2007, hearing on the motion for default judgment, filed July 3, 2007, is vacated; and

2. The motion is submitted on the record.

DATED: 10/9/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:EEOC1562.vac.wpd