IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,                           CIV. NO. S-06-1562 GEB GGH

     vs.

MEADOWVIEW COMMUNITY
ACTION, INC.,

<u>ORDER</u>

        Defendant.
_____/

        Presently under submission is plaintiff's motion for default judgment, filed July 3, 2007. Having reviewed the record, the court has determined that an evidentiary hearing on the issue of compensatory damages is necessary. The charging parties shall appear and testify regarding their emotional pain and suffering, and they may present other evidence in support of these requested damages.

        Accordingly, IT IS ORDERED that:

        1. An evidentiary hearing is scheduled for February 1, 2008, at 9:00 a.m. in courtroom #24.

\\\\\

1

1    2.  Plaintiff shall serve defendant immediately with a copy of this order at
2 defendant's last known address.
3 DATED: 01/09/08

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
EEOC1562.evh.wpd