IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | 2:06-cv-1562-GEB-GGH |
| vs. | |
| MEADOWVIEW COMMUNITY ACTION, INC., | |
| Defendant. | ORDER |
| _____/ | |

        On February 4, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed February 4, 2007, are ADOPTED; and

2. Plaintiff's motion for entry of default judgment is GRANTED. Judgment is rendered in the amount of $760 in lost wages for each charging party, and $15,000 in compensatory damages for each charging party, for a total judgment of $31,520.

Dated: March 12, 2008

GARLAND E. BURRELL, JR.
United States District Judge